**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20001*

**05 10224 RGS**

MAGISTRATE JUDGE _New Judge_

*Instructions for retrieving electronic case filings:*

Transferring Case numbers: **1:03-cv-01095-RBW**

Case Captions: MCKINNEY v. US PAROLE COMMISSION et al

    **CLICK ON:**
        - **J-Net**
        - **External Court Sites**
        - **DC District Court**
        - **Electronic Case Filing**
        -(IN RED) BEGIN: Electronic Case Filing
        - **Case Management/Electronic Case Filing System**

At login type: **usdcma**
    Password: **usdcma**
Skip "Client Code" , click logon

Once you are into CM/ECF, to print the docket sheet click:

        - Reports
        - Docket Sheet
        **- Type in Case number:**
        - Run Report

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE: Once you have retrieved the necessary information please e-mail me at Tawana_Davis@dcd.uscourts.gov with your court's case information.**

Thank you

District of Columbia live database - Docket Report
Case 1:05-cv-10224-RGS Document 16-2 Filed 02/07/2005 Page 1 of 6
Page 1 of 5

CLOSED, HABEAS, TRANSFERRED, TYPE-G

05 10224 RGS

# U.S. District Court
# District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:03-cv-01095-RBW

MCKINNEY v. US PAROLE COMMISSION et al
Assigned to: Judge Reggie B. Walton
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/20/2003
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

STEVE MCKINNEY     represented by     **Catharine F. Easterly**
PUBLIC DEFENDER SERVICE FOR DC
633 Indiana Avenue NW
Washington, DC 20004
(202) 628-1200
Fax: (202) 626-8351
Email: keasterly@pdsdc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

US PAROLE COMMISSION     represented by     **Daniel M. Cisin**
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7289
Fax: (202) 514-8784
Email: dan.cisin@verizon.net

District of Columbia live database - Docket Report
Case 1:05-cv-10284-RGS   Document 16-2   Filed 02/07/2005   Page 2 of 6
Page 2 of 5

|  |  | *ATTORNEY TO BE NOTICED* |
|--|--|--|

**Defendant**

| EDWARD F. REILLY, JR. *Chairman* | represented by | **Daniel M. Cisin** (See above for address) *ATTORNEY TO BE NOTICED* |
|--|--|--|

**Defendant**

| CRANSTON J. MITCHELL | represented by | **Daniel M. Cisin** (See above for address) *ATTORNEY TO BE NOTICED* |
|--|--|--|

**Defendant**

| JOHN SIMPSON *In their official capacities* | represented by | **Daniel M. Cisin** (See above for address) *ATTORNEY TO BE NOTICED* |
|--|--|--|

**Defendant**

ODIE WASHINGTON
*Director, D.C. Department of Corrections*

**Defendant**

WILLIE SCOTT
*Warden, Rivers Correctional Institution*

| Date Filed | # | Docket Text |
|--|--|--|
| 05/20/2003 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) , filed by STEVE MCKINNEY. (Attachments: # 1 # 2 Exhibit)(td, ) (Entered: 05/22/2003) |

| 05/20/2003 | | SUMMONS Not Issued as to CRANSTON J. MITCHELL ; EDWARD F. REILLY JR. ; WILLIE SCOTT ; JOHN SIMPSON ; US PAROLE COMMISSION ; ODIE WASHINGTON (td, ) (Entered: 05/22/2003) |
|---|---|---|
| 08/06/2003 | 2 | SHOW CAUSE ORDER. Signed by Judge Reggie B. Walton on August 6, 2003. (lcrbw3, ) (Entered: 08/06/2003) |
| 08/13/2003 | | ENTERED IN ERROR. . .Summons (6) Issued as to CRANSTON J. MITCHELL, EDWARD F. REILLY JR., WILLIE SCOTT, JOHN SIMPSON, US PAROLE COMMISSION, ODIE WASHINGTON, USA (td, ) Modified on 8/14/2003 (td, ). (Entered: 08/14/2003) |
| 08/13/2003 | | ENTERED IN ERROR. . . .SUMMONS (1) Issued as to U.S. Attorney (td, ) Modified on 8/14/2003 (td, ). (Entered: 08/14/2003) |
| 08/13/2003 | | SHOW CAUSE (7) Issued as to Defendants and US Attorney pursuant to Order to Show Cause (td, ) (Entered: 08/14/2003) |
| 08/21/2003 | 8 | ENTERED IN ERROR. . . .RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to United States Attorney served on 8/21/2003, answer due 10/20/2003. (td, ) Modified on 9/10/2003 (td, ). (Entered: 09/10/2003) |
| 08/21/2003 | 9 | SHOW CAUSE Executed as to US Attorney pursuant to Order to Show Cause (td, ) (Entered: 09/10/2003) |
| 08/28/2003 | 4 | ENTERED IN ERROR..... RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CRANSTON J. MITCHELL served on 8/27/2003; EDWARD F. REILLY JR. served on 8/27/2003, answer due 10/27/2003; JOHN SIMPSON served on 8/27/2003, answer due 10/27/2003; US PAROLE COMMISSION served on 8/27/2003, |

District of Columbia live database - Docket Report
Case 1:05-cv-10224-RGS    Document 16-2    Filed 02/07/2005    Page 4 of 6
Page 4 of 5

|  |  |  |
|---|---|---|
|  |  | answer due 10/27/2003. (mpt, ) Modified on 8/29/2003 (mpt, ). (Entered: 08/29/2003) |
| 08/28/2003 | 5 | SHOW CAUSE Executed as to Mitchell, Reilly, Simpson, US Parole Commission pursuant to Order to Show Cause 2 (mpt, ) (Entered: 08/29/2003) |
| 08/29/2003 | 3 | MOTION to Transfer Case by CRANSTON J. MITCHELL, EDWARD F. REILLY JR., JOHN SIMPSON, US PAROLE COMMISSION. (Cisin, Daniel) (Entered: 08/29/2003) |
| 08/29/2003 |  | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 4 was entered in error and the court corrected the problem. (mpt, ) (Entered: 08/29/2003) |
| 09/04/2003 | 6 | ENTERED IN ERROR.....First MOTION to Transfer Case *Response* by STEVE MCKINNEY. (Attachments: # 1 # 2)(Easterly, Catharine) Modified on 9/5/2003 (bcs, ). (Entered: 09/04/2003) |
| 09/04/2003 | 7 | RESPONSE to *United States' Motion to Transfer* filed by STEVE MCKINNEY. (Attachments: # 1 # 2 # 3)(Easterly, Catharine) (Entered: 09/04/2003) |
| 09/05/2003 |  | "NOTICE OF CORRECTED DOCKET ENTRY. Document No. 6 was entered in error and counsel has already refiled said pleading." (bcs, ) (Entered: 09/05/2003) |
| 09/22/2003 | 10 | SHOW CAUSE Executed on 9/4/03 as to Warden, Rivers Correctional Institution pursuant to Order to Show Cause (td, ) (Entered: 10/05/2003) |
| 09/22/2003 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on 9/16/03 as to D.C. Department of Corrections. (td, ) (Entered: 10/05/2003) |
| 01/15/2004 | 12 | MEMORANDUM OPINION regarding Motion to Transfer. Signed by Judge Reggie B. Walton on January 15, 2004. (lcrbw3, ) (Entered: 01/15/2004) |

District of Columbia live database - Docket Report
Case 1:05-cv-10224-RGS   Document 16-2   Filed 02/07/2005   Page 5 of 6
Page 5 of 5

| 01/15/2004 | 13 | ORDER Granting Motion to Transfer. Signed by Judge Reggie B. Walton on January 15, 2004. (lcrbw3, ) (Entered: 01/15/2004) |
| --- | --- | --- |
| 01/29/2004 | 14 | NOTICE by STEVE MCKINNEY *Notice of Appeal* (Easterly, Catharine) (Entered: 01/29/2004) |
| 01/30/2004 |  | NOTICE OF APPEAL received from plaintiff's attorney and forwarded to USCA. (Appeal from transfer order) (td, ) (Entered: 02/03/2004) |
| 11/23/2004 | 15 | ORDER of USCA (certified copy) as to 14 Notice (Other) filed by STEVE MCKINNEY ; It is hereby ordered that the petitioners motion to dismiss be granted, and this case is hereby dismissed; USCA#04-5027 (jsc) (Entered: 11/30/2004) |
| 02/02/2005 |  | Case transferred out to the USDC for Massachusetts pursuant to order filed 1/15/04; sent to court electronically. (td, ) (Entered: 02/02/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/03/2005 16:27:04 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-01095-RBW |
| Billable Pages: | 2 | Cost: | 0.16 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 04-5027            September Term, 2004

03cv01095

Filed On:

In re: Steve McKinney,
        Petitioner

## ORDER

Upon consideration of petitioner's motion to dismiss petition for writ of mandamus, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

NOV 2 3 2004

CLERK

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit
By: *[signature]* Deputy Clerk