UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**STEVE MC KINNEY**
    **Petitioner**
  **V.**                        **CIVIL ACTION NO. 05-10224-RGS**

**UNITED STATES PAROLE COMMISSION**
    **Respondent**

## O R D E R

**STEARNS, DJ.**                                      **SEPTEMBER 6, 2005**

**PURSUANT TO RULE 4(b) OF THE RULES GOVERNING SECTION 2241 CASES, THE CLERK OF THIS COURT IS HEREBY ORDERED TO SERVE A COPY OF THE PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY UPON THE OFFICE OF THE UNITED STATES ATTORNEY, AND THE UNITED STATES BUREAU OF PRISONS, BY CERTIFIED MAIL.**

**AND IT IS <u>FURTHER ORDERED</u> THAT THE RESPONDENTS SHALL, WITHIN 30 DAYS OF RECEIPT OF THIS ORDER, FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE PETITION FOR WRIT OF HABEAS CORPUS.**

**SO ORDERED**

                                        **/s/ Richard G. Stearns**
                                        _____
                                        **UNITED STATES DISTRICT JUDGE**