UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE McKINNEY,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES PAROLE<br>COMMISSION,<br><br>    Defendant. | Civil Action No.:<br>05-10224-RGS |

**MOTION OF THE DEFENDANT FOR AN EXTENSION
OF TIME TO NOVEMBER 18, 2005 TO FILE
AN ANSWER OR OTHER RESPONSIVE PLEADING TO
THE PETITION FOR WRIT OF HABEAS CORPUS**

The defendant herein files this Motion for an extension of time to November 18, 2005 to file an answer or other responsive pleading to the Petition for Writ of Habeas Corpus. As grounds for this motion the defendant states the following:

1. This Writ of Habeas Corpus was originally filed in Washington D.C. in May, 2003;

2. It appears as if the United States District Court for the District of Columbia in a Memorandum Opinion held that the Court lacked jurisdiction over the matter and transferred the case to Massachusetts;

3. The defendant is seeking additional time to November 18, 2005 to review the underlying parole revocation and to determine other issues pertinent to the sentence;

4. The additional time is essential for the defendant to answer or otherwise respond to the Writ of Habeas Corpus.

1

WHEREFORE, based on the foregoing reasons, the defendant herein seeks an extension of time to answer or otherwise respond to the Writ of Habeas Corpus.

        UNITED STATES OF AMERICA,

        By its Attorneys,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Rayford A. Farquhar
        Rayford A. Farquhar
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02465
        (617) 748-3100

**CERTIFICATE OF SERVICE**

Suffolk,  ss.        Boston, Massachusetts
        October 25, 2005

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon Petitioner, Steven McKinney, Register Number 06964-007, Rivers Correctional Institution, P.O. Box 630, Winston, NC 27986.

        /s/ Rayford A. Farquhar
        Rayford A. Farquhar
        Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that the Petitioner, Steven McKinney, is currently incarcerated at Rivers Correctional Institution, and I was unable to contact him with regard to this extension of time.

        /s/ Rayford A. Farquhar
        Rayford A. Farquhar
        Assistant U.S. Attorney