UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STEVE MC KINNEY

V.                                                         CIVIL ACTION NO. 05-10224-RGS

U. S. PAROLE COMMISSION, ET AL

## ORDER OF DISMISSAL

STEARNS, DJ.                                                                MARCH 23, 2006

IN LIGHT OF THE FACT THAT THE ABOVE-NAMED PLAINTIFF/ PETITIONER HAS BEEN RELEASED BY THE U. S. BUREAU OF PRISONS ON FEBRUARY 23, 2006, THE PETITION FOR A WRIT OF HABEAS CORPUS IS MOOT, AND THE MATTER IS HEREBY DISMISSED.

SO ORDERED.

                                                           RICHARD G. STEARNS  
                                                           UNITED STATES DISTRICT JUDGE

BY:

                                                           /s/ Mary H. Johnson  
                                                           Deputy Clerk